UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JORGE SOTO

Plaintiff(s),
v.
COMMERCIAL RECOVERY SYSTEMS, INC., CHASE HOME FINANCE LLC,

Defendant(s).

CASE NO. C09-02842 EMC

(~~Proposed~~)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Stephen R. Meinertzhagen, an active member in good standing of the bar of the Supreme Court of the State of Illinois whose business address and telephone number (particular court to which applicant is admitted) is, Burke, Warren, MacKay & Serritella, P.C., 330 North Wabash, 22nd Floor, Chicago, IL 60611; Tel: (312) 840-7000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing CHASE HOME FINANCE LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 27, 2009

IT IS SO ORDERED
Judge Edward M. Chen