GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone: (415) 543-4800
Facsimile: (415) 972-6301

Attorneys for Defendant
CHASE HOME FINANCE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE SOTO,<br><br>Plaintiff,<br><br>v.<br><br>COMMERICAL RECOVERY SYSTEMS, INC., CHASE HOME FINANCE LLC,<br><br>Defendant. | CASE NO. C09-02842 EMC<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>ORDER |

Plaintiff Jorge Soto and defendant Chase Home Finance LLC ("Chase") hereby stipulate that Chase may have a thirty day extension to respond to the complaint herein, to and including August 21, 2009. No previous extensions have been granted. Good cause exists for this extension in that Chase has only recently been served and requires additional time to investigate the allegations in the complaint.

Dated: July 22, 2009

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ George G. Weickhardt
    GEORGE G. WEICKHARDT
    Attorneys for Defendant
    CHASE HOME FINANCE LLC

LAW OFFICE OF WILLIAM E. KENNEDY

By: /s/ William E. Kennedy
    WILLIAM E. KENNEDY
    Attorneys for Plaintiff
    JORGE SOTO

Dated: July 22, 2009

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate

*IT IS SO ORDERED* /s/ Edward M. Chen
Judge Edward M. Chen

STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING C09-02842 EMC