# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JORGE SOTO,

           Plaintiff(s),

    v.

COMMERCIAL RECOVERY SYSTEMS, INC.,
CHASE HOME FINANCE LLC,
           Defendant(s).

_____/

CASE NO.   09-cv-02842-PJH

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)  (ADR L.R. 5)
  X     Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
        Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:   January 24, 2010.

other requested deadline _____

Dated:  9-24-09

Dated:  9-24-09

Dated:  9-24-09

/s/ William Eric Kennedy
Attorney for Plaintiff

/s/ David A. Eligator
Attorney for Defendant
Commercial Recovery Systems, Inc.

/s/ Stephen Ryan Meinertzhagen
Attorney for Defendant
Chase Home Finance LLC

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- X   Mediation
- Private ADR

Deadline for ADR session

    other:   January 24, 2010.

IT IS SO ORDERED.

Dated: 10/7/09



Judge Phyllis J. Hamilton