William E. Kennedy (CSB #158214)
LAW OFFICE OF WILLIAM E. KENNEDY
2797 Park Avenue, Suite 201
Santa Clara, California 95050
(408) 241-1000 phone
(408) 241-1500 fax
willkennedy@pacbell.net

Cynthia Singerman (CSB #244450)
HOUSING AND ECONOMIC RIGHTS ADVOCATES
P.O. Box 29435
Oakland, CA 94604-0091
(510) 271-8443
csingerman@heraca.org

Attorneys for Plaintiff JORGE SOTO and the Proposed Classes

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE SOTO<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMERCIAL RECOVERY SYSTEMS, INC., CHASE HOME FINANCE LLC,<br><br>    Defendants. | Case No.:C09 02842 PJH<br><br>**STIPULATION AND [P~~ROPOSED~~]  ORDER EXTENDING DEADLINES TO FILE MOTIONS FOR CLASS CERTIFICATION AND MOTION FOR SUMMARY JUDGMENT** |

WHEREAS, on November 19, 2009, a Case Management Conference was held in this matter;

WHEREAS, at the Case Management Conference, it was determined that plaintiff Jorge Soto shall file a motion for class certification by March 3, 2010, and Defendant Commercial Recovery Systems, Inc. ("CRS") shall file a motion for summary judgment by April 7, 2010.

WHEREAS, a Minute Order was prepared and filed with the court on November 20,

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES TO FILE MOTIONS FOR CLASS CERTIFICATION AND MOTION FOR SUMMARY JUDGMENT

1

1  2009 which set forth the above-referenced deadlines;

2  WHEREAS, discovery has proceeded in this case, but the parties agree that additional
3  discovery is necessary with respect to the motions for class certification and summary judgment;

4  WHEREAS, the parties agree that the deadlines for the two motions should be extended
5  approximately 90 days, and therefore request that plaintiff's deadline for filing a motion for class
6  certification be extended to June 2, 2010 and CRS' deadline for filing a summary judgment
7  motion be extended to July 7, 2010.

9  **SO STIPULATED**

11  Dated: February 12, 2010         LAW OFFICE OF WILLIAM E. KENNEDY

13                       By:    /s/
                                William E. Kennedy
                                Attorneys for Plaintiff JORGE SOTO and the Proposed
14                              Classes

15  Dated:  February 12, 2010        JAMPOL ZIMET SKANE & WILCOX LLP

17                       By:    /s/
                                Jennifer McCune
18                              Attorneys for Defendant Commercial Recovery Systems,
                                Inc.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

William E. Kennedy, attest that concurrence in the filing of this document has been obtained from the other signatories.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2010 at Santa Clara, California.

Dated: February 12, 2010        LAW OFFICE OF WILLIAM E. KENNEDY

By:    /s/
William E. Kennedy
Attorneys for Plaintiff JORGE SOTO and the Proposed Classes

**ORDER**

Pursuant to stipulation, plaintiff's deadline for filing a motion for class certification is June 2, 2010 and CRS' deadline for filing a summary judgment motion is July 7, 2010.

Date: 2/23/10

Hon. Phyllis J. Hamilton



IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES TO FILE MOTIONS FOR CLASS CERTIFICATION AND MOTION FOR SUMMARY JUDGMENT

3