William E. Kennedy (CSB #158214)
LAW OFFICE OF WILLIAM E. KENNEDY
2797 Park Avenue, Suite 201
Santa Clara, California 95050
(408) 241-1000 phone
(408) 241-1500 fax
willkennedy@pacbell.net

Cynthia Singerman (CSB #244450)
HOUSING AND ECONOMIC RIGHTS ADVOCATES
P.O. Box 29435
Oakland, CA 94604-0091
(510) 271-8443
csingerman@heraca.org

Attorneys for Plaintiff JORGE SOTO and the Proposed Classes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE SOTO,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMERCIAL RECOVERY SYSTEMS, INC., CHASE HOME FINANCE LLC,<br><br>    Defendants. | Case No.:C09 02842 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING DEADLINES TO FILE MOTIONS FOR CLASS CERTIFICATION AND MOTION FOR SUMMARY JUDGMENT** |

    WHEREAS, on November 19, 2009, a Case Management Conference was held in this matter;

    WHEREAS, at the Case Management Conference, it was determined that plaintiff Jorge Soto shall file a motion for class certification by March 3, 2010, and Defendant Commercial Recovery Systems, Inc. ("CRS") shall file a motion for summary judgment by April 7, 2010;

    WHEREAS, a Minute Order was prepared and filed with the court on November 20, 2009 which set forth the above-referenced deadlines;

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING DEADLINES TO FILE MOTIONS FOR CLASS CERTIFICATION AND MOTION FOR SUMMARY JUDGMENT

1

1  WHEREAS, on February 16, 2010, the parties submitted a Stipulation and Order which was subsequently entered which extended plaintiff's deadline for filing a motion for class certification to June 2, 2010 and CRS' deadline for filing a summary judgment motion to July 7, 2010;

WHEREAS, plaintiff has propounded three separate sets of discovery on CRS, and has taken the deposition of CRS's deposition pursuant to FRCP 30;

WHEREAS, plaintiff believes that additional discovery is necessary with respect to the motion for class certification, and that there is a possibility that some disagreements concerning some discovery requests will need to be resolved by the court;

WHEREAS, the parties agree that the deadlines for the two motions should be extended approximately 90 days, and therefore request that plaintiff's deadline for filing a motion for class certification be extended to September 1, 2010 and CRS' deadline for filing a summary judgment motion be extended to October 6, 2010.

WHEREAS, the parties are not certain as to whether the Court requires that plaintiff's motion for class certification be filed before CRS' motion for summary judgment, but wish to have the flexibility to order the case such that CRS' motion for summary judgment may be filed and heard before plaintiff's motion for class certification if CRS chooses to do so.

**SO STIPULATED**

Dated: May 14, 2010           LAW OFFICE OF WILLIAM E. KENNEDY

                              By:    /s/
                                     William E. Kennedy
                                     Attorneys for Plaintiff JORGE SOTO and the Proposed Classes

Dated:  May 14, 2010          JAMPOL ZIMET SKANE & WILCOX LLP

                              By:    /s/
                                     Jennifer McCune
                                     Attorneys for Defendant Commercial Recovery Systems, Inc.

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING DEADLINES TO FILE MOTIONS FOR CLASS CERTIFICATION AND MOTION FOR SUMMARY JUDGMENT

2

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

William E. Kennedy, attest that concurrence in the filing of this document has been obtained from the other signatories.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 14, 2010 at Santa Clara, California.

Dated: May 14, 2010                     LAW OFFICE OF WILLIAM E. KENNEDY

By:    /s/
        William E. Kennedy
        Attorneys for Plaintiff JORGE SOTO and the Proposed Classes

**ORDER**

Pursuant to stipulation, plaintiff's deadline for filing a motion for class certification is September 1, 2010 and CRS' deadline for filing a summary judgment motion is October 6, 2010. Defendant CRS has discretion to file its motion for summary judgment prior to plaintiff filing his motion for class certification if it chooses to do so.

Date: 5/27/10

Hon. Phyllis J. Hamilton

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING DEADLINES TO FILE MOTIONS FOR CLASS CERTIFICATION AND MOTION FOR SUMMARY JUDGMENT

3