William E. Kennedy (CSB #158214)
LAW OFFICE OF WILLIAM E. KENNEDY
2797 Park Avenue, Suite 201
Santa Clara, California 95050
(408) 241-1000 phone
(408) 241-1500 fax
willkennedy@pacbell.net

Cynthia Singerman (CSB #244450)
HOUSING AND ECONOMIC RIGHTS ADVOCATES
P.O. Box 29435
Oakland, CA 94604-0091
(510) 271-8443
csingerman@heraca.org

Attorneys for Plaintiff JORGE SOTO and the Proposed Classes

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE SOTO,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMERCIAL RECOVERY SYSTEMS, INC., CHASE HOME FINANCE LLC,<br><br>    Defendants. | Case No.:C09 02842 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING DEADLINES TO FILE MOTIONS FOR CLASS CERTIFICATION AND MOTION FOR SUMMARY JUDGMENT** |

    WHEREAS, on November 19, 2009, a Case Management Conference was held in this matter;

    WHEREAS, at the Case Management Conference, it was determined that plaintiff Jorge Soto shall file a motion for class certification by March 3, 2010, and Defendant Commercial Recovery Systems, Inc. ("CRS") shall file a motion for summary judgment by April 7, 2010;

    WHEREAS, a Minute Order was prepared and filed with the court on November 20, 2009 which set forth the above-referenced deadlines;

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING DEADLINES TO FILE MOTIONS FOR CLASS CERTIFICATION AND MOTION FOR SUMMARY JUDGMENT

1   WHEREAS, on February 16, 2010, the parties submitted a Stipulation and Order which
2 was subsequently entered which extended plaintiff's deadline for filing a motion for class
3 certification to June 2, 2010 and CRS' deadline for filing a summary judgment motion to July 7,
4 2010 (docket #34, #35);

5   WHEREAS, on May 14, 2010, the parties submitted a Stipulation and Order which was
6 subsequently entered which extended plaintiff's deadline for filing a motion for class
7 certification to September 1, 2010 and CRS' deadline for filing a summary judgment motion to
8 October 6, 2010 (docket #36, #37);

9   WHEREAS, plaintiff has propounded three separate sets of discovery on CRS, and has
10 taken the deposition of CRS's deposition pursuant to FRCP 30;

11   WHEREAS, discovery disputes have existed between the parties, but following a meet
12 and confer process, CRS is now in the process of responding to plaintiff's requests for class
13 discovery, i.e. information relevant to plaintiff's planned motion for class certification;

14   WHEREAS, due to the nature of the class discovery sought, it has taken CRS some time
15 to respond;

16   WHEREAS, the parties agree that due to these discovery issues, the deadlines for the two
17 motions should be further extended approximately 90 days, and therefore request that plaintiff's
18 deadline for filing a motion for class certification be extended to December 1, 2010 and CRS'
19 deadline for filing a summary judgment motion be extended to January 6, 2011.

20   WHEREAS, defendant CRS wishes to have the discretion to file its summary judgment
21 motion prior to plaintiff filing his motion for class certification;

**SO STIPULATED**

Dated: August 25, 2010         LAW OFFICE OF WILLIAM E. KENNEDY

                    By:    /s/
                           William E. Kennedy
                           Attorneys for Plaintiff JORGE SOTO and the Proposed
                           Classes

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING DEADLINES TO FILE MOTIONS FOR
CLASS CERTIFICATION AND MOTION FOR SUMMARY JUDGMENT

2

Dated: August 25, 2010				JAMPOL ZIMET SKANE & WILCOX LLP

					By:	/s/
						Jennifer McCune
						Attorneys for Defendant Commercial Recovery Systems, Inc.

### ATTESTATION PURSUANT TO GENERAL ORDER 45

William E. Kennedy, attest that concurrence in the filing of this document has been obtained from the other signatories.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2010 at Santa Clara, California.

Dated: August 25, 2010				LAW OFFICE OF WILLIAM E. KENNEDY

					By:	/s/
						William E. Kennedy
						Attorneys for Plaintiff JORGE SOTO and the Proposed Classes

### ORDER

Pursuant to stipulation, plaintiff's deadline for filing a motion for class certification is December 1, 2010 and CRS' deadline for filing a summary judgment motion is January 6, 2011. Defendant CRS has discretion to file its motion for summary judgment prior to plaintiff filing his motion for class certification if it chooses to do so.

Date: __8/31/10_____					_____
							Hon. Phyllis J. Hamilton

*IT IS SO ORDERED — Judge Phyllis J. Hamilton, United States District Court, Northern District of California*

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING DEADLINES TO FILE MOTIONS FOR CLASS CERTIFICATION AND MOTION FOR SUMMARY JUDGMENT

3