1 | William E. Kennedy (CSB #158214)
LAW OFFICE OF WILLIAM E. KENNEDY
2797 Park Avenue, Suite 201
Santa Clara, California 95050
(408) 241-1000 phone
(408) 241-1500 fax
willkennedy@pacbell.net

Cynthia Singerman (CSB #244450)
HOUSING AND ECONOMIC RIGHTS ADVOCATES
P.O. Box 29435
Oakland, CA 94604-0091
(510) 271-8443
csingerman@heraca.org

Attorneys for Plaintiff JORGE SOTO and the Proposed Classes

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE SOTO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMERCIAL RECOVERY SYSTEMS, INC., CHASE HOME FINANCE LLC,<br><br>　　　　Defendants. | Case No.:C09 02842 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING DEADLINES TO FILE MOTIONS FOR CLASS CERTIFICATION AND MOTION FOR SUMMARY JUDGMENT** |

　　　　WHEREAS, on November 19, 2009, a Case Management Conference was held in this matter;

　　　　WHEREAS, at the Case Management Conference, it was determined that plaintiff Jorge Soto shall file a motion for class certification by March 3, 2010, and Defendant Commercial Recovery Systems, Inc. ("CRS") shall file a motion for summary judgment by April 7, 2010;

　　　　WHEREAS, a Minute Order was prepared and filed with the court on November 20, 2009 which set forth the above-referenced deadlines;

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING DEADLINES TO FILE MOTIONS FOR CLASS CERTIFICATION AND MOTION FOR SUMMARY JUDGMENT

1

1   WHEREAS, on February 16, 2010, the parties submitted a Stipulation and Order which
2   was subsequently entered which extended plaintiff's deadline for filing a motion for class
3   certification to June 2, 2010 and CRS' deadline for filing a summary judgment motion to July 7,
4   2010 (docket #34, #35);

5   WHEREAS, on May 14, 2010, the parties submitted a Stipulation and Order which was
6   subsequently entered which extended plaintiff's deadline for filing a motion for class
7   certification to September 1, 2010 and CRS' deadline for filing a summary judgment motion to
8   October 6, 2010 (docket #36, #37);

9   WHEREAS, on August 25, 2010, the parties submitted a Stipulation and Order which
10  was subsequently entered which extended plaintiff's deadline for filing a motion for class
11  certification to December 1, 2010 and CRS' deadline for filing a summary judgment motion to
12  January 6, 2010 (docket #38, #39);

13  WHEREAS, plaintiff has propounded three separate sets of discovery on CRS, and has
14  taken the deposition of CRS's deposition pursuant to FRCP 30;

15  WHEREAS, discovery disputes have existed between the parties, but following a lengthy
16  meet and confer process, CRS is now in the process of responding to plaintiff's requests for class
17  discovery, i.e. information relevant to plaintiff's planned motion for class certification;

18  WHEREAS, plaintiff has sought information on potential class members from CRS in
19  order to obtain information as to whether such individuals fall within the class definition;

20  WHEREAS, the parties have made significant efforts to address issues related to privacy
21  rights associated with the requested information;

22  WHEREAS, the parties have agreed on a process by which potential class members will
23  be sent a letter which provides them the opportunity to opt-out of having their information
24  provided to plaintiff's counsel - a process similar to that described in *Stone v. Advance America*,
25  2009 WL 4722924 (S.D. Cal. 2009);

26  WHEREAS, the parties have agreed that putative class members will have 45 days to
27  respond to opt-out of the class;

28

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING DEADLINES TO FILE MOTIONS FOR
CLASS CERTIFICATION AND MOTION FOR SUMMARY JUDGMENT

2

WHEREAS, because CRS has only limited information concerning the loans, once the information is provided, plaintiff will likely have to obtain more information from Chase Home Finance, LLC, (from whom CRS originally obtained the loans for collection purposes) concerning the loans to ascertain whether they fall within the class definition;

WHEREAS, it is anticipated that the steps outlined above will take 4-6 months to complete;

WHEREAS, the parties agree that due to these discovery issues, the deadlines for the two motions should be further extended approximately 180 days, and therefore request that plaintiff's deadline for filing a motion for class certification be extended to May 2, 2011 and CRS' deadline for filing a summary judgment motion be extended to June 6, 2011.

WHEREAS, defendant CRS wishes to have the discretion to file its summary judgment motion prior to plaintiff filing his motion for class certification;

**SO STIPULATED**

Dated: November 23, 2010          LAW OFFICE OF WILLIAM E. KENNEDY

By:     /s/
        William E. Kennedy
        Attorneys for Plaintiff JORGE SOTO and the Proposed Classes

Dated:  November 23, 2010         SKANE WILCOX LLP

By:     /s/
        David A. Eligator
        Attorneys for Defendant Commercial Recovery Systems, Inc.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

William E. Kennedy, attest that concurrence in the filing of this document has been obtained from the other signatories.

I declare under penalty of perjury that the foregoing is true and correct.

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING DEADLINES TO FILE MOTIONS FOR CLASS CERTIFICATION AND MOTION FOR SUMMARY JUDGMENT

3

Executed on November 23, 2010 at Santa Clara, California.

Dated: November 23, 2010              LAW OFFICE OF WILLIAM E. KENNEDY

                              By:     /s/
                                      William E. Kennedy
                                      Attorneys for Plaintiff JORGE SOTO and the Proposed
                                      Classes

## ORDER

Pursuant to stipulation, plaintiff's deadline for filing a motion for class certification is May 2, 2011 and CRS' deadline for filing a summary judgment motion is June 6, 2011. Defendant CRS has discretion to file its motion for summary judgment prior to plaintiff filing his motion for class certification if it chooses to do so.

Date: 11/30/2010                      _____
                                      Hon. Phyllis J. Hamilton

STIPULATION AND [~~PROPOSED~~] ORDER FURTHER EXTENDING DEADLINES TO FILE MOTIONS FOR CLASS CERTIFICATION AND MOTION FOR SUMMARY JUDGMENT

4