William E. Kennedy (CSB #158214)
LAW OFFICE OF WILLIAM E. KENNEDY
2797 Park Avenue, Suite 201
Santa Clara, California 95050
(408) 241-1000 phone
(408) 241-1500 fax
willkennedy@pacbell.net

Cynthia Singerman (CSB #244450)
HOUSING AND ECONOMIC RIGHTS ADVOCATES
P.O. Box 29435
Oakland, CA 94604-0091
(510) 271-8443
csingerman@heraca.org

Attorneys for Plaintiff JORGE SOTO and the Proposed Classes

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE SOTO<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMERCIAL RECOVERY SYSTEMS, INC.,<br>CHASE HOME FINANCE LLC,<br><br>　　　　Defendants. | **Case No.:C09 02842 PJH**<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER FURTHER EXTENDING**<br>**DEADLINES TO FILE MOTIONS**<br>**FOR CLASS CERTIFICATION AND**<br>**MOTION FOR SUMMARY**<br>**JUDGMENT AND EXTENDING**<br>**MEDIATION DEADLINE**<br>　AS MODIFIED BY THE COURT |

　　　　WHEREAS, on November 19, 2009, a Case Management Conference was held in this matter;

　　　　WHEREAS, at the Case Management Conference, it was determined that plaintiff Jorge Soto shall file a motion for class certification by March 3, 2010, and Defendant Commercial Recovery Systems, Inc. ("CRS") shall file a motion for summary judgment by April 7, 2010;

　　　　WHEREAS, a Minute Order was prepared and filed with the court on November 20,

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING DEADLINES TO FILE MOTIONS FOR CLASS CERTIFICATION AND MOTION FOR SUMMARY JUDGMENT AND EXTENDING MEDIATION DEADLINE

1

1  2009 which set forth the above-referenced deadlines;

2  WHEREAS, on February 16, 2010, the parties submitted a Stipulation and Order which
3  was subsequently entered which extended plaintiff's deadline for filing a motion for class
4  certification to June 2, 2010 and CRS' deadline for filing a summary judgment motion to July 7,
5  2010 (docket #34, #35);

6  WHEREAS, on May 14, 2010, the parties submitted a Stipulation and Order which was
7  subsequently entered which extended plaintiff's deadline for filing a motion for class
8  certification to September 1, 2010 and CRS' deadline for filing a summary judgment motion to
9  October 6, 2010 (docket #36, #37);

10  WHEREAS, on August 25, 2010, the parties submitted a Stipulation and Order which
11  was subsequently entered which extended plaintiff's deadline for filing a motion for class
12  certification to December 1, 2010 and CRS' deadline for filing a summary judgment motion to
13  January 6, 2010 (docket #38, #39);

14  WHEREAS, plaintiff has propounded three separate sets of discovery on CRS, and has
15  taken the deposition of CRS's deposition pursuant to FRCP 30;

16  WHEREAS, on November 23, 2010, the court entered an order pursuant to stipulation
17  which extended plaintiff's deadline for filing a motion for class certification to May 2, 2011, and
18  CRS' deadline for filing a summary judgment motion to June 6, 2011;

19  WHEREAS, plaintiff has requested from CRS a 90 day extension of time to file its
20  motion for class certification.  Plaintiff contends that the extension of the class certification
21  deadline is necessary because plaintiff had to bring a motion to compel to obtain certain
22  information it needed from CRS to bring its motion to certify.  The motion to compel was
23  granted in part and CRS was ordered to send a letter to putative class members providing them
24  the opportunity to opt out of disclosure of their property addresses and loan numbers. That letter
25  was sent out on April 5, 2011.  The available information will be produced to plaintiff the week
26  of April 25th, 2011.  Plaintiff contends that it must then subpoena information concerning the

27

28  STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING DEADLINES TO FILE MOTIONS FOR
CLASS CERTIFICATION AND MOTION FOR SUMMARY JUDGMENT AND EXTENDING MEDIATION
DEADLINE

1  loans to the original creditor Chase Home Finance in order to be able to ascertain which
2  individuals are putative class members. Plaintiff contends that the delay has been the fault of
3  CRS based on the need to bring the motion to compel. CRS disagrees. CRS initially opposed
4  the extension on the basis that the case has been ongoing for almost 2 years and its belief that
5  plaintiff has had sufficient time to prepare its motion to certify.  However, in the interest of
6  judicial economy and professional courtesy, CRS nonetheless agrees to the proposed extension.
7       WHEREAS, on April 22, 2011, the parties engaged in a telephonic conference with
8  Howard Herman, with the Court's ADR Program.  Mr. Herman noted that the parties had earlier
9  agreed to mediation of this case, and had been ordered to do so before January 24, 2010 (Docket
10 #17).  Mr. Herman noted that the ADR Program did not follow up with the parties, and the
11 parties did not pursue the matter, and the deadline passed.  The parties, however, agree that
12 mediation will not be productive before a class certification motion is decided.  Accordingly, the
13 parties believe that the mediation deadline should be October 31, 2011 – approximately 90 days
14 after the filing date for the motion to compel.  This will allow time for the motion to be decided,
15 and for the parties to prepare for mediation.
16      The parties therefore stipulate that plaintiff shall have until July 31, 2011 to file its
17 motion for class certification and CRS shall have until October 17, 2011 to file its motion for
18 summary judgment.  The parties further request that the mediation deadline be set as October 31,
19 2011.
20      **SO STIPULATED**

21 Dated: April 27, 2011            LAW OFFICE OF WILLIAM E. KENNEDY
22
23                      By:    /s/
                               William E. Kennedy
24                             Attorneys for Plaintiff JORGE SOTO and the Proposed
                               Classes
25
26
27
28 STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING DEADLINES TO FILE MOTIONS FOR CLASS CERTIFICATION AND MOTION FOR SUMMARY JUDGMENT AND EXTENDING MEDIATION DEADLINE

3

| | | |
|---|---|---|
| 1 | Dated:  April 27, 2011 | SKANE WILCOX LLP |
| 2 | | |
| 3 | | By:    /s/ |
| | | Jennifer McCune |
| 4 | | Attorneys for Defendant Commercial Recovery Systems, Inc. |

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

William E. Kennedy, attest that concurrence in the filing of this document has been obtained from the other signatories.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 27, 2011 at Santa Clara, California.

| | | |
|---|---|---|
| 12 | Dated: April 27, 2011 | LAW OFFICE OF WILLIAM E. KENNEDY |
| 13 | | |
| 14 | | By:    /s/ |
| | | William E. Kennedy |
| 15 | | Attorneys for Plaintiff JORGE SOTO and the Proposed Classes |

**ORDER**

Pursuant to stipulation, plaintiff's deadline for filing a motion for class certification is July 31, 2011 and CRS' deadline for filing a summary judgment motion is October 17, 2011. Defendant CRS has discretion to file its motion for summary judgment prior to plaintiff filing his motion for class certification if it chooses to do so.  The parties are further ordered to participate in mediation through the court's ADR Program no later than October 31, 2011.
No further continuances of these dates will be permitted.

Date:  5/3/1

Hon. Phyllis J. Hamilton

IT IS SO ORDERED

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING DEADLINES TO FILE MOTIONS FOR CLASS CERTIFICATION AND MOTION FOR SUMMARY JUDGMENT AND EXTENDING MEDIATION DEADLINE

4