UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JORGE SOTO,

       Plaintiff,

    v.

COMMERCIAL RECOVERY SYSTEMS, INC.,

       Defendant.
_____/

No. C 09-2842 PJH

**ORDER CONTINUING HEARING DATE**

IT IS HEREBY ORDERED that the hearing on plaintiff's motion for class certification is continued from September 7, 2011, to **November 23, 2011 at 9:00 a.m.**, due to the press of business before the court.

**IT IS SO ORDERED.**

Dated: September 2, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge