William E. Kennedy (CSB #158214)
LAW OFFICE OF WILLIAM E. KENNEDY
2797 Park Avenue, Suite 201
Santa Clara, California 95050
(408) 241-1000 phone
(408) 241-1500 fax
willkennedy@pacbell.net

Cynthia Singerman (CSB #244450)
HOUSING AND ECONOMIC RIGHTS ADVOCATES
P.O. Box 29435
Oakland, CA 94604-0091
(510) 271-8443
csingerman@heraca.org

Attorneys for Plaintiff JORGE SOTO and the Proposed Classes

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE SOTO,<br><br>         Plaintiff,<br><br>    vs.<br><br>COMMERCIAL RECOVERY SYSTEMS, INC.,<br>CHASE HOME FINANCE LLC,<br><br>         Defendants. | Case No.:C09 02842 PJH<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXTENDING DEADLINES**<br>**TO PARTICIPATE IN MEDIATION** |

   WHEREAS, on May 3, 2011, the court ordered the parties to participate in mediation through the Court's ADR Program no later than October 31, 2011;

   WHEREAS, plaintiff filed a motion for class certification which was to be heard on September 7, 2011;

   WHEREAS, on September 2, 2011, the Court continued the hearing date on the motion for class certification to November 23, 2011 due to the press of business before the court;

   WHEREAS, the parties believe that mediation will not be fruitful until after the pending

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES TO PARTICIPATE IN MEDIATION

1

motion for class certification has been decided;

WHEREAS, the class certification motion will not be resolved until after the October 31, 2011 mediation deadline;

WHEREAS, the parties wish to extend the mediation deadline to January 15, 2012 so as to be able to hold the mediation after the class certification motion has been resolved;

**SO STIPULATED**

Dated: October 3, 2011    LAW OFFICE OF WILLIAM E. KENNEDY

By:    /s/
       William E. Kennedy
       Attorneys for Plaintiff JORGE SOTO and the Proposed Classes

Dated: October 3, 2011    SKANE WILCOX LLP

By:    /s/
       Jennifer McCune
       Attorneys for Defendant Commercial Recovery Systems, Inc.

### ATTESTATION PURSUANT TO GENERAL ORDER 45

William E. Kennedy, attest that concurrence in the filing of this document has been obtained from the other signatories.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 3, 2011 at Santa Clara, California.

Dated: October 3, 2011    LAW OFFICE OF WILLIAM E. KENNEDY

By:    /s/
       William E. Kennedy
       Attorneys for Plaintiff JORGE SOTO and the Proposed Classes

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES TO PARTICIPATE IN MEDIATION

2

1
2
**ORDER**

Pursuant to stipulation, the parties are ordered to participate in mediation through the court's ADR Program no later than ~~October 31, 2011~~.
January 16, 2012.

Date: 10/11/11

_____
Hon. Phyllis J. Hamilton



STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES TO PARTICIPATE IN MEDIATION

3