```
Elizabeth A. Skane (State Bar No. 187752)
Jennifer McCune (State Bar No. 160089)
SKANE & WILCOX LLP
33 New Montgomery Street, Suite 710
San Francisco, CA  94105
Telephone:  (415) 431-4150
Fax:  (415) 431-4151
eskane@skanewilcox.com
jmccune@skanewilcox.com

Attorneys for Defendant
COMMERCIAL RECOVERY SYSTEMS, INC.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE SOTO,<br><br>           Plaintiff,<br><br>     vs.<br><br>COMMERCIAL RECOVERY SYSTEMS, INC.,<br>CHASE HOME FINANCE LLC,<br><br>           Defendants. | Case No.: C09 02842 PJH<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER FURTHER EXTENDING<br>DEADLINE TO FILE MOTION FOR<br>SUMMARY JUDGMENT |

WHEREAS, the date for Defendant Commercial Recovery Systems, Inc. ("CRS") to file a motion for summary judgment is currently set for October 17, 2011;

WHEREAS, Defendant has requested from plaintiff a two week extension of time to file its motion for summary judgment and plaintiff has agreed to the proposed extension. The parties therefore stipulate that CRS shall have until October 31, 2011 to file its motion for summary judgement.

///

///

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING DEADLINE FOR CRS TO FILE ITS MOTION FOR SUMMARY JUDGMENT

1

SO STIPULATED

Dated: October 12, 2011            LAW OFFICE OF WILLIAM E. KENNEDY

                        By:    /s/
                               _____
                               William E. Kennedy
                               Attorneys for Plaintiff JORGE SOTO and the Proposed
                               Classes

Dated:  October 12, 2011           SKANE WILCOX LLP

                        By:    /s/
                               _____
                               Jennifer McCune
                               Attorneys for Defendant Commercial Recovery Systems,
                               Inc.

### ATTESTATION PURSUANT TO GENERAL ORDER 45

Jennifer McCune, attests that concurrence in the filing of this document has been obtained from the other signatories.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 12, 2011 at San Francisco, California.

Dated: October 12, 2011            SKANE WILCOX

                        By:    /s/
                               _____
                               Jennifer McCune
                               Attorneys for Defendant Commercial Recovery Systems,
                               Inc.

### ORDER

Pursuant to stipulation, CRS's deadline for filing a summary judgment motion is October 31, 2011.

Date: 10/14/11                     _____
                                   Hon. Phyllis J. Hamilton

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING DEADLINE TO FILE ITS
MOTION FOR SUMMARY JUDGMENT

2