Elizabeth A. Skane (State Bar No. 187752)
Jennifer McCune (State Bar No. 160089)
SKANE & WILCOX LLP
33 New Montgomery St., Ste. 710
San Francisco, CA  94105
Telephone: (415) 431-4150
Fax: (415) 431-4151
eskane@skanewilcox.com
jmccune@skanewilcox.com

Attorneys for Defendant
COMMERCIAL RECOVERY SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JORGE SOTO,

    Plaintiff,

vs.

COMMERCIAL RECOVERY SYSTEMS, INC.,
CHASE HOME FINANCE LLC,

    Defendants.

Case No.:C 09 02842 PJH

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE OPPOSITION AND REPLY TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**

    WHEREAS, Plaintiff filed a Motion for Leave to File First Amended Complaint set to be heard on February 1, 2012.

    WHEREAS, the court set the date for response on December 7, 2011 and the date for reply on December 14, 2011.

    WHEREAS, following the Court's recent ruling on the motion to certify the class, the parties are engaged in settlement discussions and would like an extension of the briefing schedule on Plaintiff's Motion for Leave to File First Amended Complaint to complete the settlement discussions;

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR RESPONSE AND REPLY TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT (Case No. C0902842 PJH)

1

WHEREAS, the parties stipulate that CRS shall have until December 14, 2011 to file its response and Plaintiff shall have until December 21, 2011 to files its reply.

**SO STIPULATED.**

Dated: December 5, 2011          LAW OFFICE OF WILLIAM E. KENNEDY

By:  /s/
William E. Kennedy
Attorneys for Plaintiff JORGE SOTO and the Proposed Classes

Dated:  December 5, 2011         SKANE WILCOX LLP

By:  /s/
Jennifer McCune
Attorneys for Defendant Commercial Recovery Systems, Inc.

### **ATTESTATION PURSUANT TO GENERAL ORDER 45**

Jennifer McCune, attests that concurrence in the filing of this document has been obtained from the other signatories.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 5, 2011 at San Francisco, California.

Dated: December 5, 2011          SKANE WILCOX

By:  /s/
Jennifer McCune
Attorneys for Defendant Commercial Recovery Systems, Inc.

### **ORDER**

Pursuant to stipulation, CRS's deadline for filing a response to Plaintiff's Motion For Leave to File a First Amended Complaint is December 14, 2011 and Plaintiffs' reply deadline is December 21, 2011.

Date:  12/12/11                  _____
Hon. Phyllis J. Hamilton

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR RESPONSE AND REPLY TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT (Case No. C0902842 PJH)