William E. Kennedy (CSB #158214)
LAW OFFICE OF WILLIAM E. KENNEDY
2797 Park Avenue, Suite 201
Santa Clara, California 95050
(408) 241-1000 phone
(408) 241-1500 fax
willkennedy@pacbell.net

Cynthia Singerman (CSB #244450)
HOUSING AND ECONOMIC RIGHTS ADVOCATES
P.O. Box 29435
Oakland, CA 94604-0091
(510) 271-8443
csingerman@heraca.org

Attorneys for Plaintiff JORGE SOTO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE SOTO, <br><br> Plaintiff, <br><br> vs. <br><br> COMMERCIAL RECOVERY SYSTEMS, INC. <br><br> Defendant. | Case No.:C09 02842 PJH <br><br> **STIPULATION OF DISMISSAL AND ORDER** |

    IT IS HEREBY STIPULATED by and between Plaintiff JORGE SOTO and Defendant COMMERCIAL RECOVERY SYSTEMS, INC. that the above-caption action be and hereby is dismissed with prejudice.

Dated: January 5, 2012        LAW OFFICE OF WILLIAM E. KENNEDY

                              By:    /s/
                                      William E. Kennedy
                                      Attorneys for Plaintiff JORGE SOTO

| | | |
|---|---|---|
| 1 | Dated:  January 5, 2012 | JAMPOL ZIMET SKANE & WILCOX LLP |
| 2 | | |
| 3 | | By:    /s/<br>Jennifer McCune |
| 4 | | Attorneys for Defendant COMMERCIAL RECOVERY SYSTEMS, INC. |

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, William E. Kennedy, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 5, 2012 at Santa Clara, California.

Dated: January 5, 2012           LAW OFFICE OF WILLIAM E. KENNEDY

By:    /s/
William E. Kennedy
Attorneys for Plaintiff JORGE SOTO

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]           1/24/12

STIPULATION OF DISMISSAL

2